UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                   21 cr 234 (PKC)

-against-                                                                  ORDER

PEDRO LOPEZ, GIOVANNI MARTINEZ,
and VERONICA NIEVES,

                               Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

        The arraignment scheduled for April 23, 2021 at 10:30 A.M. will proceed telephonically. The call-in information for this proceeding is as follows:

        <u>Dial-in:</u>     (888) 363-4749

        <u>Access Code:</u>  3667981

SO ORDERED.

                                                    P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       April 20, 2021