UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                21 CR 234 (PKC)

        -against-                                          ORDER

PEDRO LOPEZ, GIOVANNI MARTINEZ
and VERONICA NIEVES,

                      Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The conference originally scheduled for June 29, 2021 is adjourned to July 22, 2021 at 12:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is needed to accommodate the Court's trial calendar. Accordingly, the time between today and July 22, 2021 is excluded.

        SO ORDERED.

                                                        _____
                                                              P. Kevin Castel
                                                        United States District Judge

Dated: New York, New York
           June 29, 2021