UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                             21 cr 234 (PKC)

           -against-                                                ORDER

PEDRO LOPEZ, GIOVANNI MARTINEZ,
and VERONICA NIEVES,

                               Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The next conference in this matter is scheduled for Thursday July 22, 2021 at 12:00 P.M. in Courtroom 11D, 500 Pearl Street, New York, New York.

        SO ORDERED.

Dated: New York, New York
       July 19, 2021

                                                            P. Kevin Castel
                                                    United States District Judge