UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                                     21 cr 234 (PKC)

              -against-                                                               ORDER

PEDRO LOPEZ, GIOVANNI MARTINEZ,
and VERONICA NIEVES,

                              Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Trial of this matter is set for December 1, 2021 at 9:30 A.M. in a courtroom to be announced.  The existing schedule for final pretrial submissions, as well as the final pretrial conference of October 19, 2021 at 12 p.m. in Courtroom 11D, remain in effect.  (See Minute Entry from Conference on July 22, 2021.)

        SO ORDERED.

                                                                       P. Kevin Castel
                                                                    United States District Judge

Dated: New York, New York
           August 31, 2021