UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                         21 cr 234 (PKC)

          -against-                                 ORDER

PEDRO LOPEZ, GIOVANNI MARTINEZ,
and VERONICA NIEVES,

                       Defendants.
------------------------------------------------------------x
CASTEL, U.S.D.J.

          The TIME for the final pretrial conference scheduled on October 19, 2021 is

moved up to 11:00 a.m. and will proceed in Courtroom 11D.

          SO ORDERED.

                                         P. Kevin Castel
                                United States District Judge

Dated: New York, New York
       September 1, 2021