UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    21-cr-234 (PKC)

                    -against-                            ORDER


PEDRO LOPEZ, GIOVANNI MARTINEZ,
and VERONICA NIEVES,

                          Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        The next proceeding in this matter will take place on November 16, 2021 at 4 p.m.

The public may access an audio feed of the proceeding at the following number:

        Dial-in: (888) 363-4749

        Access Code: 3667981

        Members of the public must mute their phones and are not permitted to speak

during the proceeding.


        SO ORDERED.


                                        P. Kevin Castel
                                        United States District Judge


Dated:   New York, New York
         November 15, 2021