UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                  21 cr 234 (PKC)

               -against-                                           <u>ORDER</u>

PEDRO LOPEZ, GIOVANNI MARTINEZ,
and VERONICA NIEVES,

                               Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        The date and time of surrender of defendants Giovanni Martinez and Veronica Nieves to the United States Marshal for this District is extended to January 11, 2022 at or before 2 p.m.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                              United States District Judge

Dated: New York, New York
          November 30, 2021