UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    21 CR 234 (PKC)

                    -against-                        ORDER

GIOVANNI MARTINEZ and VERONICA NIEVES,

                         Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

          Sentencing for Giovanni Martinez and Veronica Nieves originally

scheduled for February 16, 2022 p.m. is adjourned to March 30, 2022 at 2:00 p.m. in

Courtroom 11D.

          SO ORDERED.

                                        _____
                                              P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       January 21, 2022