**PETER W. KOLP, P.C.**
170 ATLANTIC AVENUE, 2ND FLOOR, BROOKLYN NY 11201
BROOKLYN, NEW YORK 11201

| | |
|---|---|
| **PETER W. KOLP** | TELEPHONE |
| peter@Kolplaw.com | (646) 801-7850 |
| | (917) 601-4589 |
| | WEB |
| | WWW.KOLPLAW.COM |

Sentencing is adjourned from March 30, 2022
to April 20, 2022 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated:  3/22/2022

*P. Kevin Castel*
United States District Judge

March 21, 2022

Honorable Peter Kevin Castel
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Veronica Nieves, Docket No. 1:21-cr-00234-PKC 2**

Dear Judge Castel,

We represent defendant Veronica Nieves in the above matter. Mrs. Nieves is currently scheduled for sentencing on March 30, 2022 at 2:00 p.m. I have been on trial in Queens Supreme court in front of Justice Jackman Brown all week. We respectfully request that this sentencing hearing be continued until April 11, 2022.

Mrs. Nieves sentencing submission is currently due; however, as of the filing of this letter, defense counsel has not received the Presentence Report. Mrs. Nieves' probation officer has informed us that she needs more time. Defense counsel respectfully requests this adjournment so that we might adequately prepare for Mrs. Nieves' sentencing. The government consents to this request. Due to the trial I have not been able to file this letter but will as soon as possible.

Thank you for your time and consideration.

Very truly yours,

*Peter W. Kolp*

Peter W. Kolp